BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ROBIN M. WALL (CSBN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    Fax: (415) 436-6748
    Robin.Wall@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATHYL D. TURNER, | Case No. 15-cv-03085 PJH |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES ATTORNEY GENERAL, | |
| Defendant. | Hon. Phyllis J. Hamilton |

**JOINT STIPULATION**

The parties stipulate to and request a continuance of the case management conference currently set for October 8, 2015.

The parties request a continuance for the following reasons. As an initial matter, the federal defendant was only recently served on September 21, 2015, and its answer or response to the complaint is not due until November 20, 2015. Additionally, plaintiff is seeking to obtain new counsel as she indicated to the Court in her recent motion to continue the case management conference. (Dkt. 10) Finally, the federal defendant's counsel is scheduled to be on a flight at the time of the scheduled

conference.

For good cause shown, both parties request a continuance of the initial case management conference currently set for October 8, 2015 until December 11, 2015, or such other date as the Court shall determine after the federal defendant has answered or otherwise responded to the complaint.

IT IS SO STIPULATED.

Dated: September 30, 2015

BRIAN J. STRETCH
Acting United States Attorney

/s/ Robin M. Wall

ROBIN M. WALL
Assistant United States Attorney
Attorney for Federal Defendant

MATHYL D. TURNER

/s/ Mathyl D. Turner

Plaintiff

## CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Mathyl D. Turner has concurred in the filing of this document.

Dated: September 30, 2015

BRIAN J. STRETCH
Acting United States Attorney

/s/ Robin M. Wall

ROBIN M. WALL
Assistant United States Attorney
Attorney for Federal Defendant

JOINT STIPULATION TO CONTINUE CMC
15-CV-03085 PJH

1 **[~~PROPOSED~~] ORDER**

2 **IT IS ORDERED** that the initial case management conference currently set for October 8, 2015
3 be continued to December ~~11~~ 17, 2015, with the parties' initial joint case management statement due
4 December ~~4~~ 10, 2015.

5     Dated: _October 1_____, 2015

_____
Hon. Phyllis J. Hamilton
United States Chief District Judge

APPROVED

JOINT STIPULATION TO CONTINUE CMC
15-CV-03085 PJH