1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  ROBIN M. WALL (CSBN 235690)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7071
7       Fax: (415) 436-6748
        Robin.Wall@usdoj.gov
8
   Attorneys for Defendants
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   MATHYL D. TURNER,                    )  Case No. 15-cv-03085 PJH
14                                      )
          Plaintiff,                    )  **JOINT STIPULATION OF DISMISSAL WITH**
15                                      )  **PREJUDICE**
      v.                                )
16                                      )
   UNITED STATES ATTORNEY GENERAL,      )
17                                      )  Hon. Phyllis J. Hamilton
          Defendant.                    )
18  _____)

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL
15-CV-03085 PJH

## STIPULATION OF DISMISSAL

Whereas plaintiff has entered into a settlement agreement with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in an appeal before the Merit Systems Protection Board ("MSPB"), Docket Number SF-0752-15-0259-I-1, which settles and fully resolves any and all claims arising out of plaintiff's employment with the ATF, including all issues arising out of or related to the facts and circumstances of the MSPB appeal, Equal Employment Opportunity Commission ("EEOC") Case Nos. 550-2012-00362X (Agency No. ATF-2011-00334), 550-2013-00172X (Agency No. ATF-2012-00801), 550-2010-00285X (Agency Nos. ATF-2007-00241 and ATF-2009-00318), plaintiff's complaints of discrimination (Agency Nos. ATF-2015-00135, ATF-2013-00668, ATF-2015-01400, ATF-2013-00265, and ATF-2014-00203), any other pending EEOC complaints or pre-complaints, and this civil action.

Whereas pursuant to the settlement agreement, plaintiff agreed to dismiss and/or withdraw with prejudice this civil action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss with prejudice the above-captioned action, including all claims asserted therein. The parties further stipulate that each party will bear its own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: December 18, 2015

BRIAN J. STRETCH
Acting United States Attorney

/s/ Robin M. Wall
ROBIN M. WALL
Assistant United States Attorney
Attorney for Federal Defendant

Dated: December 17, 2015

MATHYL D. TURNER

/s/ Mathyl Turner
Plaintiff (pro se)

JOINT STIPULATION OF DISMISSAL
15-CV-03085 PJH