UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATHYL D. TURNER,

    Plaintiff(s),

    v.

UNITED STATES ATTORNEY GENERAL,

    Defendant(s).
_____/

No. C 15-3085 PJH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

By order entered October 1, 2015, this case was scheduled for an initial case management conference to occur on December 17, 2015 at 2:00 p.m. No one requested a continuance of the conference and no one appeared for either side. After the calendar, the court received a written "notice" from defense counsel that plaintiff and the government had entered into a settlement agreement regarding various disputes between the two and that plaintiff would be withdrawing or dismissing this action by December 20, 2015.

Government counsel is admonished that any request to continue or vacate a date set by the court, should be made in advance of the date and time set for the matter.

Accordingly, the case management conference is CONTINUED to January 7, 2016, at 2:00 p.m. Sanctions will be imposed if either or both parties fail to appear again. If indeed the case is dismissed in writing before January 7, 2016, that date will be vacated.

**IT IS SO ORDERED.**

Dated: December 18, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge